## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nautilus Insurance Company

                            Plaintiff,

v.                                                           Case No.: 1:24−cv−02333

                                                                Honorable Virginia M. Kendall

Fiji Construction, Inc, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. The Court adopts briefing schedule as proposed in Motion [38]. Amendment to the pleadings, filing of Counterand Third−Party Claims due by 3/19/25; Initial Disclosures 3/5/25; Completion of Fact Discovery shall be 6/10/25. Status hearing set for 6/11/25 at 9:30 AM. Disclosure of Plaintiff's Expert Report(s) Plaintiff does not anticipate the use of experts. If this changes, they shall be due by 7/10/25. Deposition of Plaintiff's Expert shall be completed by 8/11/25; Disclosure of Defendants' Expert Report(s) Defendants do not anticipate the use of experts. If this changes, they shall be due by 10/10/25; Deposition of Defendant's Expert shall be completed by 11/10/25; Dispositive Motions shall be filed by 12/10/25, with the parties contemplating dispositive motions prior to that date. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.